THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICKY RICKS, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.